UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARYLIANA M. MARRERO,
                 Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.

20-CV-10961 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

By separate Order today, the Court is referring this case to the assigned Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings. In accordance with this District's Standing Order governing challenges to denials of social security benefits, as well as with this Court's April 8, 2021 Order, the following briefing schedule applies:

- **On or before June 13, 2021**, the Commissioner must serve and file the Electronic Certified Administrative Record (e-CAR), which constitutes the Commissioner's answer, or otherwise move against the complaint.

- If Plaintiff wishes to file a motion for judgment on the pleadings, Plaintiff must do so **within 60 days** of the date on which the e-CAR was filed. The motion must contain a full recitation of the relevant facts and a full description of the underlying administrative proceeding.

- The Commissioner must file an answer brief **within 60 days** of the motion.

- Plaintiff may file a reply **within 21 days** thereafter.

SO ORDERED.

Dated: April 23, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge