```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARYLIANA M. MARRERO,

                        Plaintiff,                    20 **CIVIL** 10961 (JPO)(DCF)

      -v-                                                     **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 16, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Counsel will remand the case to the Administrative Law Judge for further administrative proceedings with directions to update the administrative record, give further consideration to the claimant's residual functional capacity, and evaluate the medical evidence of record. The claimant will be provided the opportunity for a hearing, and the ALJ will issue a new decision.

Dated:  New York, New York
          June 16, 2021

                                                                **RUBY J. KRAJICK**

                                                                   Clerk of Court
                                  BY:
                                                                    **Deputy Clerk**