UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARYLIANA M. MARRERO,

        Plaintiff,　　　　　　　　　　　　Civil Action No.:
　　　　　　　　　　　　　　　　　　　　　　　　　1:20-cv-10961-JPO-DCF

- against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.　　　　　　　　　　　**ORDER**

-----------------------------------------------------------X

The Court, having read the motion, supporting memorandum, and affirmation of CHARLES E. BINDER, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees be granted in the amount of $10,900.75, which represents significantly less than 25% of the past due benefits awarded to Plaintiff, and that such fees be paid to CHARLES E. BINDER, petitioner.  Upon receipt of this sum, counsel for Plaintiff is directed to remit $908.91, which represents Equal Access to Justice Act fees previously paid to counsel for Plaintiff in connection with this case, directly to Plaintiff.

*The Clerk is directed to terminate ECF No. 20.*

DATED:  *4/25/2025*

                                                        _____
                                                            J. PAUL OETKEN
                                                      United States District Judge